1

2

3

4

5                                                              JS-6

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   MARIA G. BARAJAS,                    CASE NO.:  8:15-cv-01924-JVS-DFM

12              Plaintiff,                **JUDGMENT IN A CIVIL CASE**

13

14        v.

15

16   WELLS FARGO BANK, N.A., AS
     SUCCESSOR BY MERGER TO
17   WITH WELLS FARGO BANK
     SOUTHWEST, N.A., FKA
18   WACHOVIA MORTGAGE, FSB,
     FKA WORLD SAVINGS BANK,
19   FSB; AND DOES 1-10,
     INCLUSIVE,
20
              Defendants.
21

22

23

24        The motion to dismiss plaintiff's complaint, filed by defendant WELLS

25   FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest,

26   N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB

27   (collectively referred to as "Wells Fargo") came on regularly for hearing on

28   January 25, 2016, James V. Selna presiding.  The Court, having read and

1  considered the motion, the request for judicial notice, all opposition and reply

2  papers and the argument of the parties, and good cause appearing, adopted his

3  tentative ruling as his final ruling and dismissed the case with prejudice.:

4  **WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED:**

5  1.   The motion to dismiss is granted without leave to amend;

6  2.   Plaintiff's complaint is dismissed with prejudice; and

7  3.   Plaintiff shall take nothing from Wells Fargo.

8

9

10

11  DATED:  February 03, 2016

12  THE HON. JAMES V. SELNA
   UNITED SATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28